UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROY HOPKINS | No. |

**INFORMATION**

The United States Attorney charges:

**COUNT 1**
**(False Statement During Purchase of a Firearm)**

On about May 18, 2023, in the District of Maine, the defendant,

**ROY HOPKINS**

knowingly made a false statement and representation to Cabela's a licensed firearms dealer within the meaning of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Cabela's, in that the defendant, purchased from Cabela's a Winchester, model SXP Extreme Defender, 12-gauge shotgun, serial number TR158303YZSP and a Canik, model TP9SFX, 9mm pistol, serial number 23BC02354, and signed and provided to Cabela's a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, affirming that defendant was the actual transferee/buyer of the firearms listed on the form, when in fact defendant purchased the firearms on behalf of a second person, and transferred both firearms to the second person shortly after the purchase.

Thus, the defendant violated Title 18, United States Code, Sections 924(a)(1)(A).

## FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 924(a)(1)(A) set forth in Count 1 of this Information, the defendant,

**ROY HOPKINS**,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United states Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense including, but not limited to: Winchester, model SXP Extreme Defender, 12-gauge shotgun, serial number TR158303YZSP and a Canik, model TP9SFX, 9mm pistol, serial number 23BC02354.

2. If any of the property described in Paragraph 1 as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

Date: April 8, 2024

_____
Nicholas M. Scott
Assistant United States Attorney